# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

Bannoi Cornel Catlett

(Enter above the full name of the plaintiff or plaintiffs in this action).

**FILED**

MAR 17 2004

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

**VERSUS**

CIVIL ACTION NO. 2:04-0241
(Number to be assigned by Court)

Thomas Mc Bride

Baralia Mousta

(Enter above the full name of the defendant or defendants in this action).

## COMPLAINT

I. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ____   No ✓

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on anther piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs: _____
   _____
   _____
   _____

   Defendants: _____
   _____
   _____
   _____

2. Court (if federal court, name the district; if state court, name the county):

   _____
   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____
   _____
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: _Mt Olive Corrections_

   A. Is there a prisoner grievance procedure in this institution?

   Yes ✓   No ___

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ✓   No ___

   C. If your answer is YES:

   1. What steps did you take? _No Response_

   2. What was the result? _No Response_

   D. If your answer is NO, explain why not: _Not Acknledged_

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: _Bonnau Carnel Lattitt_

   Address: _#1 mountside way, Mt Olive WV 25185_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions,

3

and places of employment of any additional defendants.)

B. Defendant _Thomas McBride_
   is employed as _Warden, #1 mt side way_
   at _Mount Olive WV 25185_

C. Additional Defendants: _____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

Holding a Plantiff in case 92-F-96 beverly County - Andrew Maxey, not guilty of 1st degree Murder.

Cruel and Unusual punishment.

Denial right to legal grivence proedure. Holding a prisoner used to 92-F-96

4

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

file made available.

County of Berkeley inform of status.

Criminal in punishment and evil behavior, brought to justice.

Not authorize spending of divorce.

Free for life

Signed this 12 day of March, 19 2004

Bernar Catlett

Signature of Plaintiff or Plaintiffs

5

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 12, 04___
              (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(If any)